FILED at 1:29 P.M.
Jan 17, 20 14
B/C
Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| BRIAN LAVOIE, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1-11-CV-9 (WLS) |
| CITY OF ALBANY, | : | |
| Defendant. | : | |

### VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That the City denied Plaintiff the opportunity to compete for the promotion?

Answer Yes or No _(Yes circled)_ _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the Question No. 2.

2. That Plaintiff's race was a motivating factor that prompted the City to take that action?

Answer Yes or No _(No circled)_ _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to Question #3.

3. That Plaintiff should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No _____

    If your answer is "Yes,"

    in what amount? $ _____

1

<u>[To calculate compensatory damages, you have been given a chart labeled as Exhibit A. This chart details the wages through to the date of your verdict to which Plaintiff would have been entitled had he received the promotion in 2009. The Parties have stipulated to these amounts.]</u>

4.  That Plaintiff should be awarded damages to compensate for emotional pain and mental anguish, past and future?

Answer Yes or No _____

    If your answer is "Yes,"

    in what amount? $ _____

    We so find, this \_\_17\_\_ day of January 2014.

                                FOREPERSON

    We concur: